UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x
United States of America,

                        Plaintiff,

-against-

                                                  Case No. 7:18-mj-10932

Ashtyn Domenech

                        Defendant.

——————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                  SO ORDERED.

                                                                  Hon. Martin R. Goldberg
                                                                  United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York